```
LORJ1              *      INMATE EDUCATION DATA          *    07-24-2008
PAGE 001 OF 001    *           TRANSCRIPT                *    12:39:49

REGISTER NO: 06727-068     NAME..: CAMPBELL                FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: LOR-LORETTO FCI

-------------------------- EDUCATION INFORMATION --------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
LOR  ESL HAS    ENGLISH PROFICIENT          07-05-2000 1813 CURRENT
LOR  GED HAS    COMPLETED GED OR HS DIPLOMA 07-23-2000 0820 CURRENT

--------------------------- EDUCATION COURSES ----------------------------
SUB-FACL  DESCRIPTION                START DATE STOP DATE EVNT AC LV  HRS
LOR SCP   COMMERCIAL DRIVER'S LICENSE 05-25-2008 CURRENT
LOR SCP   INTRO KEYBOARDING;W&TH800-0900 11-05-2007 01-14-2008  P  C  P   40
LOR SCP   DISEASE PREVENT&HEALTH MANAGE  11-30-2007 11-30-2007  P  C  P    2
LOR SCP   EMPLOYMENT RESOURCE CENTER     11-30-2007 11-30-2007  P  C  P    1
LOR SCP   REL PREP-EMPLOYMENT/HUMAN RESC 11-30-2007 11-30-2007  P  C  P    2
LOR SCP   REL PREP-CASEMANAGER           11-30-2007 11-30-2007  P  C  P    2
LOR SCP   REL PREP-COMM CORR MANAGER     11-30-2007 11-30-2007  P  C  P    2
LOR SCP   PERSONAL/GROWTH                11-30-2007 11-30-2007  P  C  P    2
LOR SCP   PERSONAL/FINANCE               11-30-2007 11-30-2007  P  C  P    2
LOR       RESIDENTIAL BP 0930-1100MON    11-08-2000 02-26-2001  P  C  E   24

---------------------------- HIGH TEST SCORES ----------------------------
TEST      SUBTEST      SCORE     TEST DATE    TEST FACL   FORM    STATE
ABLE      NUMBER OPR    7.9      07-14-2000   LOR
          PROB SOLV    12.0      07-14-2000   LOR
          READ COMP    13.0      07-14-2000   LOR
```



EXHIBIT A

G0000          TRANSACTION SUCCESSFULLY COMPLETED