

Curtis L. Campbell # 06727-068
Federal Prison Camp
P.O. Box 1000
Loretto, Pa. 15940

*Legal-Mail*

Mr. Robert V. Barth
Clerk of Courts
U.S. District Court
Western District of Pennsylvania
Eighth Fl., U.S.P.O. & Courthouse
Seventh and Grant Streets
Pittsburgh, Pa. 15219