IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 00-1 |
| ) | |
| CURTIS LEROY CAMPBELL ) | |

**APPEARANCE OF COUNSEL**

NOTICE is hereby given that Constance M. Bowden, Assistant United States Attorney, is counsel of record for the government in the above-criminal action.

                                         Respectfully submitted,

                                         MARY BETH BUCHANAN
                                         United States Attorney

                                         s/ Constance M. Bowden
                                         CONSTANCE M. BOWDEN
                                         Assistant U.S. Attorney
                                         U.S. Post Office and Courthouse
                                         700 Grant Street
                                         Suite 4000
                                         Pittsburgh, Pennsylvania 15219
                                         (412) 644-3500 (Phone)
                                         (412) 644-2645 (Fax)
                                         Constance.Bowden@usdoj.gov
                                         PA ID No. 37866