IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Criminal Case No. 00-1 |
| | ) | |
| CURTIS LEROY CAMPBELL | ) | |
| | ) | |

ORDER APPOINTING
FEDERAL PUBLIC DEFENDER

AND NOW, this 31st day of July 2008, this Court

being satisfied that the above named Defendant is financially

unable to obtain counsel, and said individual not having waived

the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, Suite 1450

Liberty Center, 1001 Liberty Avenue, Pittsburgh, Pennsylvania

15222, telephone number (412)644-6565, is hereby appointed to

represent the defendant in all matters related to these

proceedings.

PRIMARY COUNSEL:     Lisa B. Freeland
                     Federal Public Defender

_____
Arthur J. Schwab
United States District Judge

cc: All Counsel of Record